IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DEBORAH BAUER-ROBERTSON, *et al.*,
    Plaintiffs,

v.                                        Civil No. 3:20cv551 (DJN)

SHIVA FINANCE, LLC,
    Defendant.

**ORDER**
**(Granting Motion to Compel Arbitration)**

This matter comes before the Court on Defendant's Motion to Compel Arbitration and Dismiss (ECF No. 10). For the reasons set forth in the Memorandum Opinion (ECF No. 37) accompanying this Order, the Court hereby GRANTS Defendant's Motion to Compel Arbitration and Dismiss (ECF No. 10), and DISMISSES WITHOUT PREJUDICE Plaintiff's Class Action Complaint (ECF No. 1).

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                      /s/
                                          David J. Novak
                                          United States District Judge

Richmond, Virginia
Date: April 8, 2021